# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 21-30E |
| SHANE HVIZDZAK, ) | |
| ) | |
| Defendant. ) | |

### HEARING ON – Status Conference

Before Judge W. Scott Hardy

Christian A. Trabold, AUSA  
Appear for Government

John A. Schwab, Esq. & Jennifer H. Bouriat, Esq.  
Appear for Defendant Shane Hvizdzak

Alec Smith, Esq.  
Appear for Defendant Sean Hvizdzak

Hearing begun  7/31/25 at 11:30 a.m.

Hearing adjourned to _____

Hearing concluded  7/31/25 at 11:58 a.m.

Stenographer:  T. Benson  
Clerk: K. Woffington

The Court detailed background of the case, noting that jury selection and trial are scheduled to commence on 10/20/25; Oath administered to Defendant; Court finds Defendant competent to participate in proceeding; Court discussed with counsel the various deadlines set forth in the Pretrial Order and confirmed that there are no issues concerning same; The parties advised that they have engaged in plea negotiations;  Therefore, in follow-up to a prior request made by Attorney Schwab, the Court conducted a *Frye* colloquy with Defendant concerning his awareness of prior plea agreement offers by the Government and his understanding of the consequences of rejecting any such offers and proceeding to trial in this case.